_October_ **TERM, 20 _18_ , CRIMINAL COURT**

STATE OF TENNESSEE

VS.                                                            NO. _2018-D-2602_

**MICHAEL EUGENE HAMPTON**

PROSECUTOR: **Tyler Sells**          CHARGE: **Cts. 1 & 2 Theft of Property**
                                              **Cts. 3 – 46 Willful Abuse, Neglect,**
                                              **or Exploitation of an Adult**

Witness(es) before the Grand Jury:

_Tyler Sells_

FILED
Davidson County
Criminal Court Clerk

DEC 1 4 2018

BY _JK_
Deputy Clerk

The above witness(es) appeared; was/were duly sworn by
me, the foreperson, and gave testimony before the Grand
Jury in the above-styled cause this _14th_ day of
_December_, 20 _18_.

☒ **A TRUE** BILL    ☐ **A NO TRUE** BILL

_Mary L. Wilson_
Foreperson
Davidson County Grand Jury

**SUBPOENA THE FOLLOWING WITNESSES FOR THE STATE OF TENNESSEE:**
**COMPLAINT NO(S):** 2018-1011213

Tyler Sells, TBI
Benny Goodman, DA Investigator
Baron Harmon, DA Investigator
Thomas Goldman, c/o Social Security Administration, 215 Centerview Drive, Suite 225,
   Brentwood, TN 37207
Dan Phillips, c/o Social Security Administration, 2836 St. Patrick Court, Murfreesboro, TN
   37128
Mark Swann, c/o Metropolitan Nashville Department of Internal Audit
Laura Henry, c/o Metropolitan Nashville Department of Internal Audit
Fred Adom, c/o Metropolitan Nashville Department of Finance
William Latham, c/o Metro Nashville Hospital Authority, 1818 Albion Street, Nashville, TN
   37208



# INDICTMENT

## State of Tennessee, Davidson County

### COUNT 1

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **June, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly did obtain or exercise control over certain property, to wit: **a sum of money**, of the value of **$60,000 or more but less than $250,000,** the property of **Autumn Assisted Living Resident Trust and/or its beneficiaries**, without the effective consent of **Autumn Assisted Living Resident Trust and/or its beneficiaries**, with the intent to deprive **Autumn Assisted Living Resident Trust and/or its beneficiaries** of the property, in violation of Tennessee Code Annotated § 39-14-103, and against the peace and dignity of the State of Tennessee.

## COUNT 2

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **March, 2015,** and the **31st** day of **October, 2016**, in Davidson County, Tennessee and before the finding of this indictment, knowingly did obtain or exercise control over certain property, to wit: **a sum of money**, of the value of **$10,000 or more but less than $60,000**, the property of **the Metropolitan Government of Nashville and Davidson County**, without the effective consent of **the Metropolitan Government of Nashville and Davidson County**, with the intent to deprive **the Metropolitan Government of Nashville and Davidson County** of the property, in violation of Tennessee Code Annotated § 39-14-103, and against the peace and dignity of the State of Tennessee.

## COUNT 3

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the 1st day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Raymond Alford**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 4

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **John Barnhardt**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 5

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Edith Black**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 6

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Jacqueline Blevins**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 7

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Jeanette Bolte**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

**COUNT 8**

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Edith Bonds**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 9

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Willie Bowling**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 10

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Herbert Brown**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

**COUNT 11**

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Frank Burleson**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 12

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Alma Butterworth**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 13

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Annie Clark**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 14

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Charles Corley**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 15

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **William Crutcher**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 16

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Linda Curtis**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 17

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Shirleen Davis**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 18

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Timothy Donahoe**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 19

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Peter Eby**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 20

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Billy Fowler**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 21

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **James French**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

# COUNT 22

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

## MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **James Fults,** an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 23

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Bob Garrett**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

**COUNT 24**

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Willee Garrison**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 25

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon
their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County,
Tennessee and before the finding of this indictment, knowingly, other than by accidental means,
did abuse, neglect, or exploit **James Gleaves**, an adult as defined in Tennessee Code Annotated
§ 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and
dignity of the State of Tennessee.

## COUNT 26

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Barbara Gordon**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 27

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Jonathan Harvey**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 28

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Gracie Jolley**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 29

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Charles Kenner**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 30

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Wanda Mabrey**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 31

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Nancy Martin**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 32

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Elizabeth Matthews**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 33

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Jerry Patterson**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 34

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Paul Robinson**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 35

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Cora Sneed**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 36

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Floyd Stewart**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 37

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Jeannette Thompson**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 38

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Willie Turner**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 39

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Rosa Underwood**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

**COUNT 40**

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July**, **2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Mozetta Watkins**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 41

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Dimple Watts**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 42

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **James Webster**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 43

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Harry White**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 44

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017,** in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Chester Williams**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 45

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MICHAEL EUGENE HAMPTON

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Addie Word**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

## COUNT 46

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

**MICHAEL EUGENE HAMPTON**

between the **1st** day of **July, 2014,** and the **4th** day of **January, 2017**, in Davidson County, Tennessee and before the finding of this indictment, knowingly, other than by accidental means, did abuse, neglect, or exploit **Janice Youngblood**, an adult as defined in Tennessee Code Annotated § 71-6-102, in violation of Tennessee Code Annotated § 71-6-117, and against the peace and dignity of the State of Tennessee.

GLENN R. FUNK
DISTRICT ATTORNEY GENERAL
TWENTIETH JUDICIAL DISTRICT