IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VISION REAL ESTATE INVESTMENT CORP., AUTUMN ASSISTED LIVING PARTNERS, INC., and MICHAEL HAMPTON | |
| | NO. 3:18-cv-00014 |
| Plaintiffs, | JUDGE CAMPBELL |
| v. | MAGISTRATE JUDGE NEWBERN |
| METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, et al., | |
| Defendants. | |

## ORDER

Pending before the Court is a Motion for Judgment on the Pleadings filed by Defendant Metropolitan Government of Nashville and Davidson County ("Metro"). (Doc. No. 99). Plaintiffs filed a Response (Doc. No. 119) and Metro filed a Reply (Doc. No. 122). Together with the Response, Plaintiffs moved to Court to delay ruling on Defendant's Motion and to allow limited discovery to obtain evidence in support of their equal protection claim. (Doc. No. 120).

For the reasons stated in the accompanying Memorandum, Plaintiffs' motion to conduct discovery (Doc. No. 120) is **DENIED**. Metro's Motion for Judgment on the Pleadings (Doc. No. 99) is **GRANTED**. The constitutional claims (Counts One, Two, and Three) are **DISMISSED WITH PREJUDICE**. The pendant state law claims (Counts Four through Nine) against Metro and the Metropolitan Development and Housing Agency are **DISMISSED WITHOUT PREJUDICE**.

This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE